United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 6, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

————————————

No. 06-31005

(Summary Calendar)

————————————

In The Matter Of: PETER FRANK VIZZINI, JR; LORETTA CAUVIN VIZZINI

Debtors

-------------------------------------------------------

LORI BARCELONA,

Appellant,

versus

PETER FRANK VIZZINI, JR; LORETTA CAUVIN VIZZINI,

Appellees.

———————————————————————————————————

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 2:05-CV-2612

———————————————————————————————————

Before KING, HIGGINBOTHAM and GARZA, Circuit Judges.

PER CURIAM:[*]

After reviewing the record in this case and considering the briefs of the parties, we affirm the District Court's judgment essentially for the same reasons stated in its Order dated August 30, 2006. The Bankruptcy Court correctly concluded, and the District Court correctly affirmed, that Appellant failed to demonstrate that the debt at issue was exempt from discharge in bankruptcy under 11 U.S.C. §§ 523(a)(2)(A), (a)(3), (a)(4), or (a)(6).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.